■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANNY MONTES, Appellant. [639 NYS2d 774]

Present—Green, J. P., Lawton, Fallon, Doerr and Balio, JJ.